People v Eshbach (2025 NY Slip Op 04417)

People v Eshbach

2025 NY Slip Op 04417

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., MONTOUR, GREENWOOD, NOWAK, AND HANNAH, JJ.

575 KA 21-01392

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
SHANE R. ESHBACH, DEFENDANT-APPELLANT. 

THE LEGAL AID BUREAU OF BUFFALO, INC., BUFFALO (KERRY A. CONNER OF COUNSEL), FOR DEFENDANT-APPELLANT. 
JASON L. SCHMIDT, DISTRICT ATTORNEY, MAYVILLE (ANDREW W. HALL OF COUNSEL), FOR RESPONDENT.

 Appeal from a judgment of the Chautauqua County Court (David W. Foley, J.), rendered September 27, 2021. The judgment convicted defendant, upon his plea of guilty, of criminal contempt in the first degree (two counts). 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court